UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURENCE THOMAS WYKE, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:21-CV-1256-SCJ |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; GREGORY A. RICHARDSON, Director, USCIS Texas Service Center; TRACY RENAUD, Acting Director, U.S. Citizenship and Immigration Services, | |
| Defendants. | |

## ORDER

This civil action is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [Doc. 8], which is hereby **APPROVED**. This matter is now **TERMINATED**.

**IT IS SO ORDERED**, this 26th day of October, 2021.

                                        s/Steve C. Jones
                                        STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE